**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephen Aikens, et al.,<br>Plaintiffs,<br>v.<br>Town of Sahuarita, et al.,<br>Defendants. | No. CV-24-00199-TUC-RCC<br>**ORDER** |

Before the Court are several motions filed by pro se litigants Stephen and Deborah Aiken: (1) Plaintiffs' Motion to Compel Discovery (Doc. 47), (2) Plaintiffs' (First) Amended Joint Motion to Compel Discovery (Doc. 50), and (3) Plaintiffs' (Second Amended) Joint Motion to Compel Discovery (Doc. 66). Also before the Court is Defendants' Motions to Strike Plaintiffs' Motion to Compel Discovery and, in the Alternative, Response in Opposition to Plaintiffs' Motions to Compel Discovery. (Docs. 62, 67.)

Because "[a]n amended motion supersedes an original motion" and "after amendment, the Court [treats] an original motion as nonexistent," the Court will deny as moot Plaintiffs' Motion to Compel Discovery (Doc. 47) and First Amended Joint Motion to Compel Discovery (Doc. 50), as well as Defendants' first Motion to Strike (Doc. 62). *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992).

As to the Second Amended Joint Motion to Compel Discovery insofar as it is brought by Plaintiff Deborah Aiken, the Court previously stated that as a pro se litigant,

Stephen Aiken cannot represent Deborah Aiken, and Plaintiffs have contended that Deborah is not capable of "answering questions under oath" or "prepar(ing) and fil(ing) legal documents" without assistance from Stephen. (Doc. 65 at 2 (quoting Doc. 51).) The Court concluded, "if Deborah is incompetent to proceed on her own behalf, she can proceed only if she finds an attorney." (*Id.*) Because of this, the Court also found her filings violated Federal Rule of Civil Procedure 11(a) and Local Rule of Civil Procedure 83.1. (*Id.*) The Court granted Plaintiffs an extension to obtain a lawyer. (*Id.*) Since then, no attorney has made an appearance in this case. Thus, the analysis for the Second Amended Joint Motion to Compel Discovery is identical to the previous motions filed by Deborah Aiken, and the Court will grant Defendants' motion to strike as it relates to Deborah Aiken.

As to the Second Amended Motion to Compel as it relates to Stephen Aiken, Defendants argue that there was no good faith effort to resolve the motion to compel prior to filing the motion. (Doc. 67 at 1.) Stephen Aiken did not respond to the motion and the Court construes this as consent to granting the motion. *See* LRCiv 7.2(i). In addition, because of this failure to respond, Stephen has not shown that he conferred in good faith prior to filing as required under the Court's scheduling order. (*See* Doc. 22 at 2, ¶ E.) Moreover, given that Plaintiffs are in search of new counsel, the Court finds that consideration of this discovery dispute can be re-raised after substitute counsel's appearance. Therefore, the motion to strike is granted as to Stephen Aiken as well.

IT IS ORDERED:

1. Plaintiffs' **Motion to Compel Discovery** is **DENIED AS MOOT**. (Doc. 47.)
2. Plaintiffs' **First Amended Joint Motion to Compel Discovery** is **DENIED AS MOOT**. (Doc. 50.)
3. Defendants' **Motion to Strike Plaintiffs' Motion to Compel Discovery and, in the Alternative, Response in Opposition to Plaintiffs' Motions to Compel Discovery** is **DENIED AS MOOT**. (Doc. 62.)
4. Defendants' **Motion to Strike Plaintiffs' Motion to Compel Discovery and, in the Alternative, Response in Opposition to Plaintiffs' Motions to Compel**

**Discovery** is **GRANTED IN PART** as stated herein. (Doc. 67.)

5. Plaintiffs' **Second Amended Joint Motion to Compel Discovery** is **STRICKEN**. (Doc. 66.)
6. **Plaintiffs** are reminded that the deadline to a **response** to **Defendants' Motion for Summary Judgment** is on or before **December 29, 2025**. (*See* Doc. 60.)

Dated this 3rd day of October, 2025.

Honorable Raner C. Collins
Senior United States District Judge